

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00279-CV

_____

IN RE A.G., Relator

---

Original Proceeding
Trial Court No. 322-547406-13

---

Before Sudderth, C.J.; Meier and Kerr, JJ.
Per Curiam

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: September 17, 2018